IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.C., MOTHER OF M.L., S.L.,
AND K.C., CHILDREN

      Appellant,

v.

Case No. 5D22-1142
LT Case No. 2017-DP-650

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee
_____/

Opinion filed August 1, 2022

Appeal from the Circuit Court
for Orange County,
Heather L. Higbee, Judge.

Ryan Thomas Truskoski, of Ryan Thomas
Truskoski, P.A., Orlando, for Appellant.

Kelley Schaeffer, Children's Legal Services,
Bradenton, for Appellee.

Nicholas A. Shannin, of Shannin Law Firm, P.A.,
Orlando, for Guardian Ad Litem Program.

PER CURIAM.

      Mother, J.C., appeals a final judgment terminating her parental rights.

Her only argument on appeal is that the trial court failed to orally advise her

of her right to file a motion for ineffective assistance of trial counsel. She acknowledges that our decision in *T.D. v. Department of Children & Families*, 187 So. 3d 365 (Fla. 5th DCA 2016), is controlling, but for reasons unexplained on this record, instead of complying with *T.D.*, Mother invites this court to recede from that decision. We expressly decline to do so.

AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.